# Court of Appeals
# of the State of Georgia

ATLANTA,   January 06, 2016  

*The Court of Appeals hereby passes the following order:*

## A16A0576. MIMS v. SUMMITBRIDGE CREDIT INVESTMENTS III, LLC.

This appeal was docketed on November 23, 2015. Appellant's brief and enumerations of error were due on December 14, 2015. As of the date of this order, neither have been filed. Further, appellant's counsel has represented by letter attached to the Motion to Dismiss that he does not plan to file a brief.

Therefore, upon consideration of appellee's Motion to Dismiss, the same is hereby GRANTED. Appellee's request to hold appellant in contempt is hereby DENIED. This Court takes this opportunity to remind counsel that "motions shall be filed as separate documents, and shall not be filed as joint, compound or alternative motions." See Court of Appeals Rules 41 (b).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   01/06/2016  
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*